# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL CARIOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCI CHESTER, et al. | : | NO. 17-3851 |

FILED
SEP 28 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 28th day of September, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff Michael Cariola, #57728, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, an initial partial filing fee of $4.03 is assessed. The Warden or other appropriate official at the Chester County Prison or at any other prison at which plaintiff may be incarcerated is directed to deduct $4.03 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 17-3851. In each succeeding month when the amount in plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 17-3851.

3. The Clerk of Court is directed to send a copy of this order to the Warden of the Chester County Prison.

4. The complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

5. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. If plaintiff files an amended complaint, he shall name all defendants in the caption of the amended complaint in addition to the body of the amended complaint. Any amended complaint shall describe the factual basis for plaintiff's claims and explain how each defendant was responsible for violating plaintiff's rights. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
C. DARNELL JONES, II, J.